# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

| | |
|---|---|
| ALLEN D. WALKER,<br>　　　　Plaintiff,<br><br>vs.<br><br>NAVIENT SOLUTIONS, INC.;<br>EQUIFAX INFORMATION<br>SERVICES, LLC; TRANS<br>UNION, LLC; and EXPERIAN<br>INFORMATION SOLUTIONS, INC.;<br>　　　　Defendants. | CASE NO. 3:18-cv-00017-JHM-DW<br>**ELECTRONICALLY FILED**<br><br>Judge Joseph H. McKinley, Jr.<br>Magistrate Judge Dave Whalin |

## ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY

　　Plaintiff Allen D. Walker, by counsel, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation Of Dismissal With Prejudice, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

　　IT IS, THEREFORE, ORDERED that all claims of Plaintiff Allen D. Walker against Defendant Trans Union, LLC are dismissed, with prejudice. Plaintiff Allen D. Walker and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

　　　　　　　　　　　　　　　　　　　　　　　_Joseph H. McKinley_ (signature)
　　　　　　　　　　　　　　　　　　　　　　　**Joseph H. McKinley, Jr., Chief Judge**
　　　　　　　　　　　　　　　　　　　　　　　**United States District Court**

　　　　　　　　　　　　　　　　　　　　　　　June 19, 2018

DISTRIBUTION TO:

| | |
|---|---|
| David W. Hemminger, Esq. <br> hemmingerlawoffice@gmail.com | Lauren D. Lunsford, Esq. <br> llunsford@reminger.com |
| Brian D. Roth, Esq. <br> broth@sessions.legal | Margaret Jane Brannon, Esq. <br> mjbrannon@jacksonkelly.com |
| Andrew J. Spangenberg, Esq. <br> aspangenberg@jonesday.com | Sandra Davis Jansen, Esq. <br> sjansen@schuckitlaw.com |

*Joseph H. McKinley*

**Joseph H. McKinley, Jr., Chief Judge**
**United States District Court**

June 19, 2018