IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| ALLEN D. WALKER, | ) |
|     Plaintiff, | ) |
| vs. | ) CASE NO. 3:18-cv-00017-JHM-DW |
| NAVIENT SOLUTIONS, INC. et al. | ) |
|     Defendants. | ) |

**AGREED ORDER OF DISMISSAL**

Upon agreement of the Plaintiff, Allen D. Walker, and the Defendant, Navient Solutions, Inc., each by counsel, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that Plaintiff's claims asserted in this litigation against Navient Solutions, Inc., are hereby DISMISSED WITH PREJUDICE, each party to bear its own attorneys' fees and costs.

This 12th day of November 2018.

/s/ *David W. Hemminger*
David W. Hemminger
Hemminger Law Office, P.S.C.
331 Townepark Circle Suite 100-C
Louisville, KY 40243
*Attorney for Plaintiff Cassandra Couey*

/s/ *Brian D. Roth (with permission)*
Brian D. Roth
Sessions, Fishman & Nathan and Israel LLP
3850 N. Causeway Blvd., Suite 200
Metairie, LA 70002-1752
504-828-3700
Fax: 504-828-3737
Email: broth@sessions.legal
*Attorney for Navient Solutions, Inc.*

**Joseph H. McKinley, Jr., Chief Judge**
**United States District Court**

November 14, 2018

<u>*/s/ Danielle J. Lewis (with permission)*</u>
Danielle J. Lewis
Reminger Co., LPA - Louisville
730 W. Main Street, Suite 300
Louisville, KY 40202
502-584-1310
Fax: 502-589-5436
Email: dlewis@reminger.com
*Attorney for Navient Solutions, Inc.*